L RUTHER
V
UNITED STATES

NEW

1:16-CV-996-LMB/MSN

ANTI US 7 SUIT

1. U.S. SECURITY & EXCHANGE COMM TAKE
I ASSET, NO PAY $310,000.00 ANTI US 5
US COURT CENTRAL CALIFORNIA CV 16 2594.
I 6 CONTRACTS 28-1-6
ANTI US 5, 7 SUER START SUIT BY VOICE, PAY NO FEE.
DO JURY TRIAL IN 30 DAYS

2. I CONTRACT L, LYNCH ARREST PL CM GM T. COM LLC
OFFICERS, SEIZE ASSET DO JURY CRIME TRIAL
3. 18 PUS 14 EQUAL PROTECT TO U.S. PRESIDENT,
DO CRIME PROSECTOR, IS US COURT CORPORATE
OFFICER, WRITE ONE HALF, DO CONTRACT.
MOTION COURT ORDER UNITED STATES
PAY $310,000. CONTRACT VALUE TAKEN.
4. 201335210036 CAL. CORP ENTITY #
5. I ASK CONTRACT MEET L. LYNCH
SETTLE SUIT.

FILED
AUG - 3 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

RUTHER S 7439 COLTON ST MANAS VA 20109
5712857541